**COM.**

v.

**BAILEY, D.**

**764 WDA 2016**

Superior Court of Pennsylvania.

04/07/2017

CP–02–CR–0006409–1994, CP–02–CR–0008102–1994

(Allegheny)

Affirmed

**COM.**

v.

**SASANKO, D.**

**933 WDA 2016**

Superior Court of Pennsylvania.

04/07/2017

Reargument Denied 5/30/2017

CP–02–CR–0000654–1984

(Allegheny)

Affirmed

**COM.**

v.

**VEROSKO, D.**

**1009 WDA 2016**

Superior Court of Pennsylvania.

04/07/2017

CP–25–CR–0001359–2009 (Erie)

Affirmed

**COM.**

v.

**GAGOT, M.**

**1110 WDA 2016**

Superior Court of Pennsylvania.

04/07/2017

CP–04–CR–0001892–2011 (Beaver)

Affirmed

**COM.**

v.

**RUCKER, L.**

**1247 WDA 2016**

Superior Court of Pennsylvania.

04/07/2017

CP–02–CR–0011745–1997, CP–02–CR–0012372–1997 (Allegheny)

Affirmed